UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-8 |
| Plaintiff, | Hon. Robert J. Jonker<br>U.S. District Judge |
| v. | |
| STEPHEN REED KEEZER, | |
| Defendant. | |
| _____/ | |

## ORDER

This order addresses Defendant Keezer's motion to be released on bond pending resolution of the supervised release violations set forth in the Petition issued by U.S. Probation on March 9, 2023. Pursuant to Fed. R. Crim. P. 32(a)(6), Defendant bears the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. For the reasons stated on the record, the Court finds that Defendant has not met his burden. Accordingly, Defendant Keezer shall remain detained pending resolution of the supervised release violations set forth in the Petition issued by U.S. Probation on March 9, 2023.

IT IS SO ORDERED.

Dated: April 13, 2023              /s/ *Maarten Vermaat*
                                                 MAARTEN VERMAAT
                                                 U.S. MAGISTRATE JUDGE